UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **IFG PORT HOLDINGS, LLC** | **CIVIL ACTION NO. 2:19-1454** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **NAVIGATION MARITIME BULGARE a/k/a NAVIBULGAR, ET AL.** | **MAG. JUDGE KATHLEEN KAY** |

**RULING**

Pending before the Court is a Motion to Continue Motion for Summary Judgment [Doc. No. 61], filed by IFG Port Holding, LLC ("IFG"). An Opposition was filed by Sredna Gora Maritime, ("SGM") on November 24, 2020 [Doc. No. 67]. No reply was filed.

For the reasons set forth herein, IFG's Motion to Continue Motion for Summary Judgment is GRANTED.

On October 13, 2020, SGM filed a Motion for Summary Judgment [Doc. No. 45], seeking a ruling that SGM does not have in personam liability in this lawsuit. Although filing an Opposition [Doc. No. 59], IFG filed a Motion to Continue Motion for Summary Judgment [Doc. No. 61] maintaining that IFG needed discovery to properly oppose SGM's motion. SGM opposes IFG's motion.

After reviewing the arguments made by the parties herein, this Court will grant SGM's Motion for Rule 56(b) Continuance, allowing SGM a short time to gain the information needed through discovery.

For the reasons set forth herein, IFG's Motion to Continue Motion for Summary Judgment [Doc. No. 61] is GRANTED. IFG has until January 11, 2021, to file additional

pleadings opposing SGM's pending Motion for Summary Judgment [Doc. No. 45]. SGM will have seven (7) days from the filing of IFG's opposition to file a reply.

MONROE, LOUISIANA, this 30th day of November, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE