# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | |
|---|---|
| **IFG PORT HOLDINGS, LLC** | **CIVIL ACTION NO. 2:19-1454** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **NAVIGATION MARITIME BULGARE a/k/a NAVIBULGAR, ET AL.** | **MAG. JUDGE KATHLEEN KAY** |

## JUDGMENT

A Memorandum Ruling [Doc. No. 56] by Magistrate Judge Kathleen Kay was filed on November 04, 2020 regarding Defendant T. Parker Host, Inc.'s Motion to Dismiss [Doc. No. 11]. A Minute Entry [Doc. No. 64] was filed on November 19, 2020 clarifying that the Memorandum Ruling is actually the Report and Recommendation of the Magistrate Judge.

For the reasons set forth in the Report and Recommendation of the Magistrate Judge [Doc. No. 56] previously filed herein, and having thoroughly reviewed the record, including the written Objection [Doc. No. 63] and Reply [Doc. No. 71], and concurring with the findings of the Magistrate Judge under applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion to Dismiss [Doc. No. 11] is **DENIED.**

MONROE, LOUISIANA, this 2nd day of December, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE